**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Ramada Worldwide Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation, | Civil Action No. 13-cv-07788 (CCC)(JBC) |
| Plaintiff, | ORDER AND **FINAL JUDGMENT BY DEFAULT** |
| v. | |
| TJ HOSPITALITY, LTD., a Texas Limited Partnership; and TAJINDER S. AUJLA, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc. ("RWI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendant, TJ Hospitality, Ltd. (the "Defendant"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 23, 2013, seeking damages as a result of the breach of a license agreement between RWI and TJ Hospitality, Ltd.; and service of the Summons and Complaint having been effectuated with respect to Defendant by serving its authorized representative by mail on March 10, 2014; and it appearing that default was duly noted by the Clerk of the Court against Defendant on April 15, 2014 for its failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this __7__ day of __August__, 2014,

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against Defendant in the total amount of $769,442.90, comprised of the following:

    a) $466,289.87 for liquidated damages (principal plus prejudgment interest);

    b) $298,417.48 for Recurring Fees (principal plus prejudgment interest); and

    c) $4,735.55 for attorneys' fees and costs.

_____
**HONORABLE CLAIRE C. CECCHI, U.S.D.J.**